NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GREENVILLE COMMUNICATIONS, LLC,**
*Plaintiff-Appellant,*

v.

**CELLCO PARTNERSHIP (DOING BUSINESS AS VERIZON WIRELESS) AND ALLTEL CORPORATION,**
*Defendants-Appellees,*

AND

**T-MOBILE USA, INC.,**
*Defendant-Appellee,*

AND

**AT&T MOBILITY LLC (DOING BUSINESS AS CINGULAR WIRELESS),**
*Defendant-Appellee,*

AND

**SPRINT SPECTRUM L.P. AND NEXTEL OPERATIONS, INC.,**
*Defendants-Appellees.*

---

2012-1676

---

GREENVILLE COMMUNICATIONS V. CELLCO PARTNERSHIP　　　　2

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-4222, Judge Mary L. Cooper.

---

## ON MOTION

---

## ORDER

The parties jointly move for an extension of time, until December 4, 2012, for the appellant to file its opening brief, for an extension of time, until January 28, 2013, for the appellees to file their response briefs, and for an extension of time, until February 25, 2013, for the appellant to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21